**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN RAY,<br><br>Plaintiff,<br><br>vs.<br><br>THE NEW 42nd STREET, INC.,<br><br>Defendant. | Civil Case No.: 1:22-cv-04811<br><br>**DEFENDANT'S ANSWER & DEFENSES TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** |

Defendant The New 42nd Street, Inc. ("Defendant" or "New 42"), by and through its attorneys, Fisher & Phillips, LLP, hereby submits its Answer & Defenses to the Complaint and Jury Demand filed by Plaintiff Kevin Ray ("Plaintiff" or "Ray"), and states as follows:

## I. AS TO INTRODUCTION

1. Defendant denies the allegations set forth in paragraph 1 of the Complaint.

2. Defendant denies the allegations set forth in paragraph 2 of the Complaint.

3. Defendant denies the allegations set forth in paragraph 3 of the Complaint.

4. Defendant denies the allegations set forth in paragraph 4 of the Complaint.

5. Defendant denies the allegations set forth in paragraph 5 of the Complaint.

6. Defendant neither admits nor denies the allegations in paragraph 6 of the Complaint as they set forth a legal conclusion for which no response is required.

7. Defendant neither admits nor denies the allegations set forth in paragraph 7 of the Complaint as they are not directed at Defendant and set forth a quoted passage of an opinion to which no response is required.

8. Defendant denies the allegations set forth in paragraph 8 of the Complaint.

9. Defendant denies the allegations set forth in paragraph 9 of the Complaint.

10. Except to admit that Plaintiff purports to bring this action against New 42, Defendant neither admits nor denies the allegations in paragraph 10 of the Complaint as they set forth a legal conclusion for which no response is required.

## II. AS TO PARTIES

11. Defendant denies the allegations set forth in paragraph 11 of the Complaint.

12. Defendant admits the allegations set forth in paragraph 12 of the Complaint.

## III. AS TO JURISDICTION AND VENUE

13. Defendant neither admits nor denies the allegations in paragraph 13 of the Complaint as they set forth a legal conclusion for which no response is required.

14. Defendant neither admits nor denies the allegations in paragraph 14 of the Complaint as they set forth a legal conclusion for which no response is required.

15. Defendant neither admits nor denies the allegations in paragraph 15 of the Complaint as they set forth a legal conclusion for which no response is required.

16. Defendant neither admits nor denies the allegations in paragraph 16 of the Complaint as they set forth a legal conclusion for which no response is required.

## IV. AS TO FACTS

17. Defendant neither admits nor denies the allegations in paragraph 17 of the Complaint as they set forth a legal conclusion for which no response is required.

18. Defendant denies the allegations set forth in paragraph 18 of the Complaint.

19. Defendant denies the allegations set forth in paragraph 19 of the Complaint.

20. Defendant denies the allegations set forth in paragraph 20 of the Complaint.

21. Defendant denies the allegations set forth in paragraph 21 of the Complaint.

22. Defendant denies the allegations set forth in paragraph 22 of the Complaint.

23. Defendant denies the allegations set forth in paragraph 23 of the Complaint.

24. Defendant denies the allegations set forth in paragraph 24 of the Complaint.

25. Defendant denies the allegations set forth in paragraph 25 of the Complaint.

26. Defendant denies the allegations set forth in paragraph 26 of the Complaint.

27. Defendant denies the allegations set forth in paragraph 27 of the Complaint.

28. Defendant denies the allegations set forth in paragraph 28 of the Complaint.

29. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations set forth in paragraph 29 of the Complaint and therefore, denies said allegations.

30. Defendant denies the allegations set forth in paragraph 30 of the Complaint.

31. Defendant denies the allegations set forth in paragraph 31 of the Complaint.

32. Defendant denies the allegations set forth in paragraph 32 of the Complaint.

33. Defendant denies the allegations set forth in paragraph 33 of the Complaint.

34. Defendant denies the allegations set forth in paragraph 34 of the Complaint.

35. The allegations in paragraph 35 of the Complaint refer to a document, the contents of which speak for itself.

36. Defendant denies the allegations set forth in paragraph 36 of the Complaint.

37. Defendant denies the allegations set forth in paragraph 37 of the Complaint.

38. Defendant denies the allegations set forth in paragraph 38 of the Complaint.

39. Defendant denies the allegations set forth in paragraph 39 of the Complaint.

40. Defendant denies the allegations set forth in paragraph 40 of the Complaint.

41. Defendant denies the allegations set forth in paragraph 41 of the Complaint.

42. Defendant denies the allegations set forth in paragraph 42 of the Complaint.

43. Defendant denies the allegations set forth in paragraph 43 of the Complaint.

44. Defendant denies the allegations set forth in paragraph 44 of the Complaint.

45. Defendant neither admits nor denies the allegations in paragraph 45 of the Complaint as they set forth a legal conclusion for which no response is required.

46. Defendant denies the allegations set forth in paragraph 46 of the Complaint.

47. Defendant denies the allegations set forth in paragraph 47 of the Complaint.

48. Defendant denies the allegations set forth in paragraph 48 of the Complaint.

49. Defendant denies the allegations set forth in paragraph 49 of the Complaint.

50. Defendant denies the allegations set forth in paragraph 50 of the Complaint.

51. Defendant denies the allegations set forth in paragraph 51 of the Complaint.

52. Defendant denies the allegations set forth in paragraph 52 of the Complaint.

53. Defendant denies the allegations set forth in paragraph 53 of the Complaint.

54. Defendant denies the allegations set forth in paragraph 54 of the Complaint.

55. Defendant denies the allegations set forth in paragraph 55 of the Complaint.

56. Defendant denies the allegations set forth in paragraph 56 of the Complaint.

57. Defendant denies the allegations set forth in paragraph 57 of the Complaint.

58. Defendant denies the allegations set forth in paragraph 58 of the Complaint.

59. Defendant denies the allegations set forth in paragraph 59 of the Complaint.

60. Defendant denies the allegations set forth in paragraph 60 of the Complaint.

61. Defendant denies the allegations set forth in paragraph 61 of the Complaint.

62. Defendant denies the allegations set forth in paragraph 62 of the Complaint.

63. Defendant denies the allegations set forth in paragraph 63 of the Complaint.

64. Defendant denies the allegations set forth in paragraph 64 of the Complaint.

65. Defendant denies the allegations set forth in paragraph 65 of the Complaint.

66. The allegations in paragraph 66 of the Complaint refer to a document, the contents of which speak for itself.

67. Defendant denies the allegations set forth in paragraph 67 of the Complaint.

68. Defendant denies the allegations set forth in paragraph 68 of the Complaint.

69. Defendant denies the allegations set forth in paragraph 69 of the Complaint.

70. Defendant denies the allegations set forth in paragraph 70 of the Complaint.

71. Defendant denies the allegations set forth in paragraph 71 of the Complaint.

72. Defendant denies the allegations set forth in paragraph 72 of the Complaint.

73. Defendant denies the allegations set forth in paragraph 73 of the Complaint.

74. Defendant denies the allegations set forth in paragraph 74 of the Complaint.

75. Defendant denies the allegations set forth in paragraph 75 of the Complaint.

76. Defendant denies the allegations set forth in paragraph 76 of the Complaint.

77. Defendant denies the allegations set forth in paragraph 77 of the Complaint.

78. Defendant denies the allegations set forth in paragraph 78 of the Complaint.

79. Defendant denies the allegations set forth in paragraph 79 of the Complaint.

## V. AS TO CLAIMS FOR RELIEF

### AS TO COUNT 1:
### Alleged Violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000-e et seq.) Hostile Environment

80. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

81. Defendant denies the allegations set forth in paragraph 81 of the Complaint.

82. Defendant denies the allegations set forth in paragraph 82 of the Complaint.

83. Defendant denies the allegations set forth in paragraph 83 of the Complaint.

84. Defendant denies the allegations set forth in paragraph 84 of the Complaint.

85. Defendant denies the allegations set forth in paragraph 85 of the Complaint.

86. Defendant denies the allegations set forth in paragraph 86 of the Complaint.

87. Defendant denies the allegations set forth in paragraph 87 of the Complaint.

**AS TO COUNT 2:**
**Alleged Violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000-e et seq.)**
**Racial Discrimination and Retaliation**

88. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

89. Defendant denies the allegations set forth in paragraph 89 of the Complaint.

90. Defendant denies the allegations set forth in paragraph 90 of the Complaint.

91. Defendant denies the allegations set forth in paragraph 91 of the Complaint.

92. Defendant denies the allegations set forth in paragraph 92 of the Complaint.

93. Defendant denies the allegations set forth in paragraph 93 of the Complaint.

**AS TO COUNT 3:**
**Alleged Violation of Title VI of the Civil Rights Act of 1964 (42 U.S.C. §2000d *et seq.*)**
**Hostile Environment**

94. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

95. Defendant admits the allegations set forth in paragraph 95 of the Complaint.

96. Defendant denies the allegations set forth in paragraph 96 of the Complaint.

97. Defendant denies the allegations set forth in paragraph 97 of the Complaint.

98. Defendant denies the allegations set forth in paragraph 98 of the Complaint.

99. Defendant denies the allegations set forth in paragraph 99 of the Complaint.

100. Defendant denies the allegations set forth in paragraph 100 of the Complaint.

101. Defendant denies the allegations set forth in paragraph 101 of the Complaint.

102. Defendant denies the allegations set forth in paragraph 102 of the Complaint.

**AS TO COUNT 4:**
**Alleged Violation of Title VI of the Civil Rights Act of 1964 (42 U.S.C. §2000d et seq.)**
**Racial Discrimination and Retaliation**

103. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

104. Defendant admits the allegations set forth in paragraph 104 of the Complaint.

105. Defendant denies the allegations set forth in paragraph 105 of the Complaint.

106. Defendant denies the allegations set forth in paragraph 106 of the Complaint.

107. Defendant denies the allegations set forth in paragraph 107 of the Complaint.

108. Defendant denies the allegations set forth in paragraph 108 of the Complaint.

109. Defendant denies the allegations set forth in paragraph 109 of the Complaint.

**AS TO COUNT 5:**
**Alleged Violation of New York State Human Rights Law (NYSHRL) (N.Y. Exec. Law § 296)**
**Harassment**

110. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

111. Defendant denies the allegations set forth in paragraph 111 of the Complaint.

112. Defendant denies the allegations set forth in paragraph 112 of the Complaint.

113. Defendant denies the allegations set forth in paragraph 113 of the Complaint.

114. Defendant denies the allegations set forth in paragraph 114 of the Complaint.

115. Defendant denies the allegations set forth in paragraph 115 of the Complaint.

116. Defendant denies the allegations set forth in paragraph 116 of the Complaint.

117. Defendant denies the allegations set forth in paragraph 117 of the Complaint.

118. Defendant denies the allegations set forth in paragraph 118 of the Complaint.

**AS TO COUNT 6:**
**Alleged Violation of New York State Human Rights Law (NYSHRL) (N.Y. Exec. Law § 296)**
**Discrimination in the terms, conditions, and privileges of employment**

119. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

120. Defendant denies the allegations set forth in paragraph 120 of the Complaint.

121. Defendant denies the allegations set forth in paragraph 121 of the Complaint.

122. Defendant denies the allegations set forth in paragraph 122 of the Complaint.

123. Defendant denies the allegations set forth in paragraph 123 of the Complaint.

124. Defendant denies the allegations set forth in paragraph 124 of the Complaint.

125. Defendant denies the allegations set forth in paragraph 125 of the Complaint.

**AS TO COUNT 7:**
**Alleged Violation of New York City Human Rights Law (NYCHRL) (NYC Administrative Code 8-101 et seq.)**
**Harassment**

126. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

127. Defendant admits the allegations set forth in paragraph 127 of the Complaint.

128. Defendant denies the allegations set forth in paragraph 128 of the Complaint.

129. Defendant denies the allegations set forth in paragraph 129 of the Complaint.

130. Defendant denies the allegations set forth in paragraph 130 of the Complaint.

131. Defendant denies the allegations set forth in paragraph 131 of the Complaint.

132. Defendant denies the allegations set forth in paragraph 132 of the Complaint.

133. Defendant denies the allegations set forth in paragraph 133 of the Complaint.

134. Defendant denies the allegations set forth in paragraph 134 of the Complaint.

135. Defendant denies the allegations set forth in paragraph 135 of the Complaint.

**AS TO COUNT 8:**
**Violation of New York City Human Rights Law (NYCHRL) (NYC Administrative Code 8-101 et seq.)**
**Discrimination in the terms, conditions, and privileges of employment.**

136. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

137. Defendant denies the allegations set forth in paragraph 137 of the Complaint.

138. Defendant denies the allegations set forth in paragraph 138 of the Complaint.

139. Defendant denies the allegations set forth in paragraph 139 of the Complaint.

140. Defendant denies the allegations set forth in paragraph 140 of the Complaint.

141. Defendant denies the allegations set forth in paragraph 141 of the Complaint.

142. Defendant denies the allegations set forth in paragraph 142 of the Complaint.

143. Defendant denies the allegations set forth in paragraph 143 of the Complaint.

**AS TO COUNT 9:**
**Violation of New York Civil Rights Law (NYCRL) (N.Y. Civil Rights law § 40 et seq.)**
**Discrimination and Harassment**

144. Defendant repeats and realleges its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

145. Defendant neither admits nor denies the allegations set forth in paragraph 145 of the Complaint as it sets forth a legal conclusion for which no response is required.

146. Defendant denies the allegations set forth in paragraph 146 of the Complaint.

147. Defendant denies the allegations set forth in paragraph 147 of the Complaint.

148. Defendant denies the allegations set forth in paragraph 148 of the Complaint.

149. Defendant denies the allegations set forth in paragraph 149 of the Complaint.

150. Defendant denies the allegations set forth in paragraph 150 of the Complaint.

151. Defendant denies the allegations set forth in paragraph 151 of the Complaint.

152. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations set forth in paragraph 152 of the Complaint and therefore, denies said allegations and leaves Plaintiff to his proofs.

153. Defendant denies the allegations set forth in paragraph 153 of the Complaint.

**AS TO REQUEST FOR RELIEF**

The WHEREFORE clause of the Complaint, including subparagraphs (i) through (v), set forth Plaintiff's prayer for relief to which no responsive pleading is required. However, to the extent a responsive pleading is required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

**AS TO DEMAND FOR A JURY TRIAL**

Defendant denies that Plaintiff is entitled to a trial by jury as to all matters alleged in the Complaint.

**SEPARATE DEFENSES**

By way of further answer, Defendant asserts the following separate defenses ("Separate Defenses"). In asserting these Separate Defenses, Defendant is providing notice to Plaintiff of the defenses it intends to raise and does not assume the burden of proof as to matters that, as a matter of law, are Plaintiff's burden to prove.

**FIRST SEPARATE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted as a matter of fact and/or law.

**SECOND SEPARATE DEFENSE**

Plaintiff is an independent contractor and not an employee of New 42.

**THIRD SEPARATE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, waiver, estoppel, unclean hands, set-off, and/or other related equitable doctrines.

**FOURTH SEPARATE DEFENSE**

Defendant was not Plaintiff's employer.

**FIFTH SEPARATE DEFENSE**

Plaintiff's claims are barred, in whole or in part, on the grounds that Plaintiff suffered no damage by reason of the acts or omissions alleged in the Complaint or otherwise.

**SIXTH SEPARATE DEFENSE**

At all times relevant hereto, Defendant acted in good faith and did not violate any rights to which Plaintiff may have been entitled under any federal, state, or local laws, rules, regulations, or guidelines.

**SEVENTH SEPARATE DEFENSE**

Plaintiff is not entitled to the remedies sought in the Complaint.

**EIGHTH SEPARATE DEFENSE**

Plaintiff has failed to mitigate his damages, if any, and his right to recover against Defendant, if any, should be reduced and/or eliminated by such a failure.

**NINTH SEPARATE DEFENSE**

Plaintiff has not suffered any losses attributable to Defendant.

**TENTH SEPARATE DEFENSE**

At no time material hereto did Defendant act in a willful, wanton, reckless, and/or

malicious matter.

**ELEVENTH SEPARATE DEFENSE**

Plaintiff's alleged damages, if any, were attributable in whole or in part to his own conduct and not to the actions or inactions of Defendant, its employees, agents, or representatives.

**TWELFTH SEPARATE DEFENSE**

Plaintiff is not entitled to attorney's fees or costs.

**THIRTEENTH SEPARATE DEFENSE**

Plaintiff's claims are barred and/or his damages are limited by the doctrine of after-acquired evidence.

**FOURTEENTH SEPARATE DEFENSE**

Plaintiff has not suffered an adverse employment action.

**FIFTEENTH SEPARATE DEFENSE**

New 42 is not the recipient of federal funds aimed primarily at providing employment.

**SIXTEENTH SEPARATE DEFENSE**

The alleged conduct complained of by Plaintiff is not objectively severe or pervasive to support a hostile work environment claim.

**SEVENTEENTH SEPARATE DEFENSE**

Plaintiff was not treated less well because of his race.

**EIGHTEENTH SEPARATE DEFENSE**

Plaintiff has not satisfied a prerequisite for a New York Civil Rights Law claim by providing notice to the Attorney General.

**NINETEENTH SEPARATE DEFENSE**

New 42 is not a place of public accommodation.

## RESERVATION OF RIGHTS

Defendant reserves the right to assert additional defenses as Plaintiff's claims are clarified in the course of litigation.

**WHEREFORE**, Defendant demands judgment in their favor and against Plaintiff, dismissing the Complaint in its entirety with prejudice, and awarding Defendant costs and attorneys' fees and any further relief deemed appropriate by the Court.

Dated: New York, NY
August 9, 2022

**FISHER & PHILLIPS LLP**
Attorneys for Defendant

By: */s David B. Lichtenberg*
David B. Lichtenberg
For Fisher & Phillips LLP
Times Square Tower
7 Times Square, Suite 4300
New York, NY 10036

430 Mountain Ave., Suite 303
Murray Hill, New Jersey 07974
Tel.: (908) 516-1050
Fax: (908) 516-1051
E-mail: dlichtenberg@fisherphillips.com

**CERTIFICATE OF SERVICE**

I certify that on this date, I caused the foregoing Defendant's Answer to Plaintiff's Complaint to be electronically filed via the Court's CM/ECF system, thereby serving all counsel of record.

*/s David B. Lichtenberg*
David B. Lichtenberg

Dated: August 9, 2022